**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | *United Flip Force Gymnastics LLC* |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | *47-5462013* |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *1203 W Hwy 50, Ste K* <br> *Clermont, FL 34711* <br> Number, Street, City, State & ZIP Code | *50 Waels Dr* <br> *Clayton, NC 27527* <br> P.O. Box, Number, Street, City, State & ZIP Code |
| *Lake* <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **United Flip Force Gymnastics LLC**                      Case number (*if known*) _____
　　　　Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

| Debtor | *United Flip Force Gymnastics LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | *United Flip Force Gymnastics LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *October 3, 2023*
               MM / DD / YYYY

**X** */s/  Milciades Santiago*               *Milciades Santiago*
     Signature of authorized representative of debtor           Printed name

Title    *President*

---

**18. Signature of attorney**

**X** */s/ Kelley M. Petry, Esq.*           Date   *October 3, 2023*
     Signature of attorney for debtor                  MM / DD / YYYY

*Kelley M. Petry, Esq.*
Printed name

*Robert M. Geller*
Firm name

*807 W. Azeele St*
*Tampa, FL 33606*
Number, Street, City, State & ZIP Code

Contact phone   *(813) -25-4-76x87*     Email address   *kpetry@robertgellerlaw.com*

*0388180 FL*
Bar number and State

**Fill in this information to identify the case:**

Debtor name    *United Flip Force Gymnastics LLC*

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *October 3, 2023*    X */s/   Milciades Santiago*
                                        Signature of individual signing on behalf of debtor

                                        *Milciades Santiago*
                                        Printed name

                                        *President*
                                        Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     *United Flip Force Gymnastics LLC*

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $ **91,561.30**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ **91,561.30**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **13,497.45**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **601,807.76**

4. **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ **615,305.21**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _**United Flip Force Gymnastics LLC**_

United States Bankruptcy Court for the: _MIDDLE DISTRICT OF FLORIDA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *Bank of America* *overdrafted $3533.60* | *Checking* | *3398* | *$0.00* |
| 3.2. | *Bank of America* *overdrafted $493.32* | *Checking* | *6244* | *$0.00* |
| 3.3. | *Truist Bank* | *Checking* | *8342* | *$23,561.30* |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$23,561.30** |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **_United Flip Force Gymnastics LLC_**                Case number *(If known)* _____
          Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.    Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies** | | | | |

Debtor   **_United Flip Force Gymnastics LLC_**                                    Case number *(If known)* _____
                  Name

*Single bar rail, 2
complete bars sets,
wood chairs, 2
stationary bikes, 2 blue '
landing mat, under
swing and clear hip
training mat, red block,
3 blur 4', small sting
mat, green 8', red
cheese mat, orange 4'
mats, spring board gray,
white mini chuck box,
mini training bars,
treadmill, 2 blue panel
mat, wood-removable
above ground pit, all
foam, blue yellow and
orange 8', vault table,
single bar above pit,
new white and blue mini
tramp, spotting platform
for pit, purple chuk box,
purple and yellow
octagon, whole 42'x42'
floor w/carpet foam, 36"
REZ mat, blue big 5'
under beam, blue small
8' behind vault, blue
panel mat, vault run
ways long and smaller,
black octagon, 2
mushrooms, blue panel
mats, blue spotting blk,
2 orange block/mat, blue
spitting blk, purple air
trainer, air track, blue
green mini cheese mat,
speakers, big sting mat,
coaches desk, lockers,
pull up machine gray
spring board, boys
p-bars, extra wood panel
with spring, used short
cable bar set, green 8', 2
computer desktop, small
drawer, 5 monitors
keyboard & cable*                                         **$0.00**   **Liquidation**                **$68,000.00**

---

23.   **Total of Part 5.**                                                                    ┌─────────────────────┐
      Add lines 19 through 22.   Copy the total to line 84.                                    │       **$68,000.00** │
                                                                                              └─────────────────────┘

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                            page 3

Debtor **_United Flip Force Gymnastics LLC_**  Case number *(If known)* _____
         Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>*2 high/low office chairs, big refrigerator, 6<br>compute tablets, office desk with chair, white<br>HP printer, storage shelves, microwave, black<br>HP printer, 6 party tables, mini tables, 5 mini<br>BB, tumble track, blue 8' on T/T, mini cheese<br>mat, preschool bar set, 8' blue mat,<br>recreational red bar, 2 blue block, blue red<br>octagon, orange 4' mats under bar, blue panel<br>mat, big red/yellow cheese mat, big green/blue<br>cheese mat, quad bar set, blue spotting block,<br>mini tramp, yellow spotting block, pre-school<br>mini spring board, cabbies, big blue rez mat,<br>big red mat behind big tumble track, 2 mini<br>cheese mats, orange mini block, cartwheel<br>training mat, used mini tramp,<br>communications radios, iron to make shirts,<br>storage table, coffee maker with table, mini<br>fridge, clothing rack, leotards, 2 smart TV, 2<br>regular TV, camera system, black metal wood<br>chairs, office desk and chairs, drawers,<br>pre-school games and toys* | *$0.00* | *Liquidation* | *$0.00* |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| *$0.00* |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **_United Flip Force Gymnastics LLC_**                                    Case number *(If known)* _____
            Name

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☒ No.   Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☒ No.   Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No.   Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor     *United Flip Force Gymnastics LLC*                                    Case number *(If known)* _____
           Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,561.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $68,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,561.30 | + 91b.  $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92     $91,561.30

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **United Flip Force Gymnastics LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b><i>United Flip Force Gymnastics LLC</i></b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>*Arihsay Rosario*<br>*1130 Union Ave*<br>*Mascotte, FL 34753* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *$56.14* | *$56.14* |
| Date or dates debt was incurred | Basis for the claim:<br>*Wages* | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>*Camila Correa*<br>*13422 Summerton Dr*<br>*Orlando, FL 32824* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *$1,062.60* | *$1,062.60* |
| Date or dates debt was incurred | Basis for the claim:<br>*Wages* | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>*Gabby Vulni*<br>*14501 Tulipan Ct*<br>*Winter Garden, FL 34787* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *$49.50* | *$49.50* |
| Date or dates debt was incurred | Basis for the claim:<br>*Wages* | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor  **United Flip Force Gymnastics LLC**
Name
Case number *(if known)*

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,193.60 | $7,193.60 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7349**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2021**

Basis for the claim:
**2021 tax debt**

Last 4 digits of account number **4816**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.61 | $596.61 |
|---|---|---|---|---|

**Jania Lowe**
**14479 Black Lake Preserve St**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.30 | $960.30 |
|---|---|---|---|---|

**Kaitlyn Onofre**
**13919 Chatham Rd**
**Groveland, FL 34736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.00 | $192.00 |
|---|---|---|---|---|

**Kathryn Proffer**
**421 Lone Heron Way**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.10 | $702.10 |
|---|---|---|---|---|

**Mikella Woods**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | *United Flip Force Gymnastics LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.9** | Priority creditor's name and mailing address
*Shadiya Stewart*
*1801 Piedmont Ct*
*Mascotte, FL 34753*

As of the petition filing date, the claim is: $801.36   $801.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Wages*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.10** | Priority creditor's name and mailing address
*Shana Wilson*
*357 Park Ave*
*Groveland, FL 34736*

As of the petition filing date, the claim is: $47.32   $47.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Wages*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.11** | Priority creditor's name and mailing address
*Sierra Best*
*1056 Mesa Ln*
*Clermont, FL 34711*

As of the petition filing date, the claim is: $60.34   $60.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Wages*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.12** | Priority creditor's name and mailing address
*Trinity Rattiger*
*1290 North Ridge Blvd*
*Clermont, FL 34711*

As of the petition filing date, the claim is: $1,775.58   $1,775.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Wages*

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY  ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**A Signature Clean, LLC**
**930 West Lakeshore Dr**
**Clermont, FL 34711**

As of the petition filing date, the claim is: *Check all that apply.*   $462.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  *12/31/2022*

Basis for the claim:  *Services*

Last 4 digits of account number  *133*

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | United Flip Force Gymnastics LLC | | Case number (if known) | |
|--------|----------------------------------|---|------------------------|--|
| | Name | | | |

---

**3.2** Nonpriority creditor's name and mailing address
**ADP**
5800 Windward Parkway - MS B301
Alpharetta, GA 30005

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

$74.40

---

**3.3** Nonpriority creditor's name and mailing address
**Adriana Mendieta**
1601 Johns Lake Road Apt 911
Clermont, FL 34711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Client__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.4** Nonpriority creditor's name and mailing address
**Adrien Hadley**
1307 Dingens Ave
Windermere, FL 34786

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Client__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.5** Nonpriority creditor's name and mailing address
**Affordable Lock & Security Solutions**
P.O. Box 31261
Tampa, FL 33631

Date(s) debt was incurred __9/2/2023__

Last 4 digits of account number __2974__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☒ No ☐ Yes

$353.10

---

**3.6** Nonpriority creditor's name and mailing address
**Alexandra Ramirez**
Sarah's Place 16713 #2-302 Casa
Clermont, FL 34714

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Client__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.7** Nonpriority creditor's name and mailing address
**Alexandra-Marie Perez**
525 Kistler Cir
Clermont, FL 34715

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Client__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.8** Nonpriority creditor's name and mailing address
**Alicia Sewsanker**
3024 Princewood Dr
Clermont, FL 34715

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Client__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.9** Nonpriority creditor's name and mailing address
**Alison Correll**
2487 Hastings Blvd
Clermont, FL 34711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Client__

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    __United Flip Force Gymnastics LLC__             Case number *(if known)*    _____
             Name

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amanda Boyd*<br>*6800 State RD 33*<br>*Clermont, FL 34714* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amanda Deluca*<br>*1304 Windy Bluff DR*<br>*Clermont, FL 34715* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amanda Matlock*<br>*15450 State Road 19*<br>*Groveland, FL 34736* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amarilis Colon Berrios*<br>*605 Jupiter Beach Road*<br>*Groveland, FL 34736* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amber Zimmer*<br>*1590 Chancellor Ct*<br>*Clermont, FL 34711* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amy Mejia*<br>*7015 Oxbow Rd*<br>*Clermont, FL 34715* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Amy Oullette*<br>*2340 Polo Hill Rd*<br>*Clermont, FL 34715* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|
| | *Ana Duarte*<br>*646 Birkdale St*<br>*Davenport, FL 33897* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _*Client*_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | _United Flip Force Gymnastics LLC_ | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Ana Rosario_
_203 Samuel St_
_Davenport, FL 33897_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Andrea Watkins_
_13319 Serene Valley Dr_
_Clermont, FL 34711_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Anise Alcida_
_2996 Majestic Isle DR_
_Clermont, FL 34711_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Anna Gorczynska_
_1120 W Magnolia St_
_Clermont, FL 34711_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Anna Maxey_
_1253 Shorecrest Circle_
_Clermont, FL 34711_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Ariana Armstrong_
_10780 Lake Hill Dr_
_Clermont, FL 34711_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Ariella Harvey_
_7149 Dilly Lake Ave_
_Groveland, FL 34736_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

_Aryn Downing_
_113 Juno Drive_
_Groveland, FL 34736_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Client_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor   **United Flip Force Gymnastics LLC**                                    Case number *(if known)*
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,764.14 |
|------|---|---|---|

**Ascentium Capital**
**23970 US-59**
**Kingwood, TX 77339**

Date(s) debt was incurred  _2/8/2022_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Vendor_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Ashlee Whitehead**
**779 Kapi Dr**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Ashley Bell**
**15160 Sora St**
**Mascotte, FL 34753**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Ashley Santiago**
**120 Silver Maple Rd**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Ashley Vaughan**
**474 S Virginia Ave**
**Center Hill, FL 33514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Ashlyn Long**
**405 Tropic Circle**
**Fruitland Park, FL 34731**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**Audrey Navarro**
**1493 Magnolia St**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,370.00 |
|------|---|---|---|

**BBN Business Solutions, Inc.**
**3501 W Vine St, Ste 334**
**Kissimmee, FL 34741**

Date(s) debt was incurred  _7/27/2023_

Last 4 digits of account number  _1198_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Services_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor    **United Flip Force Gymnastics LLC**                     Case number *(if known)* _____
                          Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Beatrice Negrete**
**324 Carol St**
**Mascotte, FL 34753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Becky Myers**
**6032 Snap Dragon RD**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Bethany Bailey**
**11926 Dwights RD**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Beverly Taunton**
**3680 Liberty Hill Dr**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Bonnie Walker**
**1650 1st St**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Brad Keller**
**162 Sunrise rd**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Brandi Kirk**
**10512 Bronze Leaf Court**
**Leesburg, FL 34788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Brianna Brogden**
**20005 N HWY 27**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | *United Flip Force Gymnastics LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brinkley Garcia**
**3114 Princewood Dr**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Britny Newgard**
**14631 Mascotte Empire Road**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brittany Townsend**
**586 Juniper Springs Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brittany Vinson**
**1074 Stoneham Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cara Lidberg**
**238 E Lakeshore Dr**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Caressa Enos**
**1008 Newman Dr**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cherie Howard**
**1533 Sarus Ave**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cherie Zerod**
**2648 Pinnacle Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __United Flip Force Gymnastics LLC__                          Case number *(if known)* _____

Name

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
*Christina Murray*
*135 E Phelps St*
*Groveland, FL 34736*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.51 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*Christina Purvis*
*37 Lakeview court*
*Mascotte, FL 34753*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.52 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*City of Clermont*
*685 W. Montrose St*
*Clermont, FL 34711*

**Date(s) debt was incurred** *7/2023*

**Last 4 digits of account number** *7558*

**As of the petition filing date, the claim is:** *Check all that apply.*                          *$44.58*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Services*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.53 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*Cristina Spann*
*425 Cheeota*
*Clermont, FL 34715*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.54 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*Cynthia Jones*
*8507 State Road 33*
*Groveland, FL 34736*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.55 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*Dallas Jones*
*18620 County Rd 455*
*Clermont, FL 34715*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.56 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*Dariana Leon*
*121 Thrive Rd unit 13-326*
*Davenport, FL 33896*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.57 | |
|---|---|

**Nonpriority creditor's name and mailing address**
*Darlana Brannan*
*8150 Los Robles DR*
*Groveland, FL 34736*

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor __United Flip Force Gymnastics LLC__      Case number (if known) _____
     Name

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.58** Nonpriority creditor's name and mailing address
*Davin Chloessa*
*333 Piccolo Way*
*Davenport, FL 33896*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
*Deanna Schroeder*
*14853 Yellow Pine Ln*
*Clermont, FL 34711*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
*Desiree Dutruch*
*219 Blackstone Creek Rd*
*Groveland, FL 34736*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
*Devondra Williams*
*9288 Chandler Dr*
*Groveland, FL 34736*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address
*Diana Diaz*
*1125 Lattimore Dr*
*Clermont, FL 34711*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address
*Diego Giraldo*
*6082 Little Bluff Circle*
*Mascotte, FL 34753*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address
*Dijana Hamade*
*1087 Glenraven Lane*
*Clermont, FL 34711*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address
*Donahue Malvo*
*608 Black Eagle Dr*
*Groveland, FL 34736*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor __United Flip Force Gymnastics LLC_____ Case number *(if known)* _____
Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Donna Donovan**
**16343 Magnolia Bluff Dr**
**Montverde, FL 34756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *$700.00* |

**Duke Energy Florida, LLC**
**299 1st Ave N**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/2023__

Basis for the claim: __*Services*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Ediris Vargas**
**560 Rob Roy Dr**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Ekaterina Metcalf**
**104 Meadowglen Ct**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Emelle Quetant**
**173 Jensen Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Emmy Winnell**
**17046 Florence View Dr**
**Montverde, FL 34756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Erica Palmer**
**6635 Wynn Ln**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Ericka Numa**
**1297 Blarney Street**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __*Client*__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **United Flip Force Gymnastics LLC**                                  Case number *(if known)* _____
_____
Name

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Erika Fernandez**
**442 Balboa Blvd**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Esly Panduro**
**172 St Lucie Way**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ester Orpilla**
**752 Willow Run Street**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evelyn Drigo**
**9121 Stromboli CT**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evelyn Padro**
**1820 Southern Oak Loop**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fralick Phyllis**
**357 Park Ave**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Francess Elieff**
**535 Chestnut Street**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Francis Cabrera**
**16904 Sunrise Vista Dr**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | **United Flip Force Gymnastics LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.95** |
|---|---|---|---|

**Garland Activewear**
**6656 Columbia Park Dr, Ste 6**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/29/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1656**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Georgina Pinango**
**9385 La Salle St**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gigi Castaneda**
**842 Los Galeones Drive**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gina Carter**
**920 Chanler Dr Haines City**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gina Marmora**
**3387 Grassy Lake View Ave**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ginger Howard**
**237 W Broad St**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gissell Zapata**
**714 Skyridge Rd**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gregorina Espin**
**10216 Bonita Ct**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | United Flip Force Gymnastics LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,578.79 |
|---|---|---|---|

**Headway Capital**
**175 W Jackson Blvd, Ste 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2023**

Basis for the claim:  **Loan**

Last 4 digits of account number  **8384**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heather Lopez**
**1272 Cavender Creek rd**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heidi Kort**
**21067 County Road**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heidi Perez**
**1705 Ridgemooor**
**Mascotte, FL 34753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helencie Leal**
**10301 US Hwy 27 unit 28**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hugo Vega**
**9423 Water Fem Cir**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Imer Martinez**
**9045 Tuscan Cypress**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Irem Uslular**
**11705 Foxglove DR**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Client**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor __United Flip Force Gymnastics LLC__                    Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | *Unknown* |

**Nonpriority creditor's name and mailing address**

*Jaime Barney*
*401 Waterwood Court*
*Clermont, FL 34715*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

3.99   **Nonpriority creditor's name and mailing address**

*Jalaneia Guions*
*35009 Sweet Leaf Lane*
*Leesburg, FL 34788*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

3.100   **Nonpriority creditor's name and mailing address**

*Janina Rosario*
*18854 3rd Ave*
*Clermont, FL 34715*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

3.101   **Nonpriority creditor's name and mailing address**

*Jeannia Lauradin*
*1059 Singleton Cir*
*Groveland, FL 34736*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

3.102   **Nonpriority creditor's name and mailing address**

*Jeannie Rodriguez*
*912 S. Galeana Ave*
*Clermont, FL 34715*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

3.103   **Nonpriority creditor's name and mailing address**

*Jennifer Goodwin*
*295 Starrow Hawak*
*Groveland, FL 34736*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

3.104   **Nonpriority creditor's name and mailing address**

*Jennifer Hague*
*112 Magellan Circle*
*Clermont, FL 34715*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

3.105   **Nonpriority creditor's name and mailing address**

*Jennifer Kale*
*9734 Crenshaw Circle*
*Clermont, FL 34711*

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Client__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| Debtor | **United Flip Force Gymnastics LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jennifer Price**
**685 Blackstone st**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jennifer Rodriguez**
**9012 Pyrus st**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jennifer Solomon**
**701 Pataches Pl**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jenny Kohler**
**4029 Foxhound Dr**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jensey Root**
**3345 Grassy Lake View Ave**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jessica Tempel**
**11953 Willow Grove Ln**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jillian Gills**
**497 Kestrel Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| --- | --- | --- | --- |

**Jodi Landi**
**2879 Beaver Ridge Loop**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __ *Client*

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor __United Flip Force Gymnastics LLC__                         Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      *Unknown* |

3.114 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *Unknown*
**Jomo Reeves**
**119 Cataldo Way**
**Groveland, FL 34736**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *Unknown*
**Jonathan Torres**
**7240 Oil Well Rd**
**Clermont, FL 34714**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *Unknown*
**Jose Acevedo**
**18010Summit Oaks Cir**
**Clermont, FL 34715**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *Unknown*
**Josely Adomo**
**162 Heather Lynn DR**
**Davenport, FL 33897**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *Unknown*
**Joseph Baker**
**113 North Galena Ave**
**Clermont, FL 34715**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *$0.00*
**Joshua Hackett**
**10221 Spring Moss Ave**
**Windermere, FL 34786**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *$4,973.00*
**JP Morgan**
**Attn: Square Financial Services**
**4 Chase Metrotech Center, 7th Floor E**
**Brooklyn, NY 11245**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _6/19/2023_
    **Basis for the claim:** _Loan_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    *Unknown*
**Julissa Ortiz**
**201 Hunt St Apt 1411**
**Clermont, FL 34711**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed
**Date(s) debt was incurred** _
    **Basis for the claim:** _Client_
**Last 4 digits of account number** _
    Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **United Flip Force Gymnastics LLC**                                 Case number *(if known)*
_____
_____
Name

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Justine Calella**
**426 Dagama Drive**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Kaitlin Skipper**
**1244 Water Willow Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Karen Gonzalez**
**14128 Country estate DR**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Kathy Durant**
**1528 Finchburg St**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Kati Aldana**
**9394 Oglethorpe Drive**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Katie Moss**
**1211 Demoiselle St**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Katie Specht**
**596 Autumn Ash Dr**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Kayla Allen**
**127 Haversham Way**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ *Client*

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor   **United Flip Force Gymnastics LLC**                                         Case number *(if known)* _____
          Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Kayla Giles**
**6349 Pompano Dr**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Kelly Turp**
**1275 Yorkshire Ct**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Kim Suchora**
**17320 Silver Creek CT**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Kim Van Winkle**
**1607 Indian Shore Dr**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Kimberly Troia**
**1818 Torrington Dr**
**Mascotte, FL 34753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Krista Jessogne**
**1601 Johns Lake RD**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Kristy Boullemet**
**378 Pebble Court**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**Laura Knapp**
**1635 Youth Camp Rd**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **United Flip Force Gymnastics LLC**                                    Case number *(if known)*  _____
_____
Name

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___ |

3.138   **Nonpriority creditor's name and mailing address**

**Laura Monteleone**
**1115 White water bay DR**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Client*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.139   **Nonpriority creditor's name and mailing address**

**Laura Testerman**
**12237 Mattioda Rd**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Client*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.140   **Nonpriority creditor's name and mailing address**

**Laura Wilburn**
**17425 Back Bay Ct**
**Clermont, FL 34714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Client*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.141   **Nonpriority creditor's name and mailing address**

**Lauren Smith**
**16923 Champlain St**
**Clermont, FL 34714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Client*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.142   **Nonpriority creditor's name and mailing address**

**Liberty Mutual**
**100 Liberty Way**
**Dover, NH 03820**

Date(s) debt was incurred  _8/15/2023_

Last 4 digits of account number  _1230_

As of the petition filing date, the claim is: *Check all that apply.*   ___*$1,703.22*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Services*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.143   **Nonpriority creditor's name and mailing address**

**Lizy Kelley**
**359 Blue Cypress Dr**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Client*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.144   **Nonpriority creditor's name and mailing address**

**Lou Natem, LLC**
**1516 E Hillcrest St, Ste 210**
**Orlando, FL 32803**

Date(s) debt was incurred  _11/11/2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*$392,035.24*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Deficiency on lease of business location*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

3.145   **Nonpriority creditor's name and mailing address**

**Ludmilla Brazao**
**342 Irving Bend Drive**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   ___*Unknown*___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___*Client*___

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor  **United Flip Force Gymnastics LLC**                                    Case number *(if known)*
                    Name

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Lydia Ranson**
**949 Chestnut St**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Lydia Vallejo**
**15507 Catherine Cir**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Maliya White**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Maria Fernanda Suarez**
**4550 Tahoe Cor**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Mariah Davis**
**558 Blue Cypress Dr**
**Eustis, FL 32736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Marianna Leon**
**648 Benoi Dr**
**Davenport, FL 33896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Marissabelle Tighe**
**3753 Ryegrass St**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**Mary De Boer**
**5143 Cape Hatteras Drive**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Client*

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor  **United Flip Force Gymnastics LLC**

Name

Case number (if known)

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Mattie Rivera*
*9951 Lake Louida Rd*
*34711*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Michelle Alvarez*
*649 Cheshire Way*
*Davenport, FL 33897*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Michelle Jacopetti*
*12913 Bellerive Dr*
*Clermont, FL 34711*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Michelle Mejias*
*2320 Crossandra Street*
*Mascotte, FL 34753*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Michelle Sanford*
*739 Knightsbridge Circle*
*Davenport, FL 33896*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Michelle Woods*
*1386 Willow Wind Dr*
*Clermont, FL 34711*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Monica Perez*
*11477 SR-33 Kentucky Derby Rd*
*Groveland, FL 34736*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

*Morgan Currier*
*1608 Westminster Trl*
*Clermont, FL 34714*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Client_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor　__United Flip Force Gymnastics LLC__　　　　　　　Case number *(if known)* _____
　　　　　Name

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
|---|---|---|---|

**3.162**　**Nonpriority creditor's name and mailing address**

**Myrtilene Jean-Francois**
**16337 Magnolia Bluff Dr**
**Montverde, FL 34756**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.163**　**Nonpriority creditor's name and mailing address**

**Natalie Brown**
**1392 SW 103rd Ave**
**Webster, FL 33597**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.164**　**Nonpriority creditor's name and mailing address**

**Natasha Marra**
**11522 Lake Katherine Circle**
**Clermont, FL 34711**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.165**　**Nonpriority creditor's name and mailing address**

**Ndu Nwachuku**
**11849 Caruso Drive**
**Clermont, FL 34711**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.166**　**Nonpriority creditor's name and mailing address**

**Nicole Bebnowski**
**2530 Citrus Tower BLVD Apt 14312**
**Clermont, FL 34711**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.167**　**Nonpriority creditor's name and mailing address**

**Nicole Fioritto**
**4057 Greystone**
**Clermont, FL 34711**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.168**　**Nonpriority creditor's name and mailing address**

**Nicole Rocks**
**2753 Wilshire Rd**
**Clermont, FL 34714**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

**3.169**　**Nonpriority creditor's name and mailing address**

**Nicole Stewart**
**132 Lake Catherine Cir**
**Groveland, FL 34736**

As of the petition filing date, the claim is: *Check all that apply.*　　*Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _*Client*_

Is the claim subject to offset?　☒ No　☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　Best Case Bankruptcy

Debtor  **United Flip Force Gymnastics LLC**                Case number *(if known)* _____

Name

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicole Strange**
**1121 Whitewater Bay Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Niki Lazenby**
**8245 Bailey Dr**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Olga Maderas**
**984 Boxeider Avenue**
**Clermont, FL 34715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Olga Sky**
**16748 Tall Grass Ln**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul Eschbach**
**1734 Crowned Ave**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.79 |
|---|---|---|---|

**Pest Detector, Inc.**
**1238 Commons Ct**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _4/22/2021_

Basis for the claim: *Services*

Last 4 digits of account number _7903_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Priscilla Paradiso**
**309 Red Kite Dr**
**Groveland, FL 34736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rachel Riggs**
**10276 SW 25th St**
**Webster, FL 33597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: *Client*

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor   **United Flip Force Gymnastics LLC**                          Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** |

3.178

**Nonpriority creditor's name and mailing address**
**Rachel Skowron**
**10032 Water Fem Cir**
**34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.179

**Nonpriority creditor's name and mailing address**
**Rebecca Jennings**
**687 W Lakeshore Dr**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.180

**Nonpriority creditor's name and mailing address**
**Rebecca Rangel**
**7951 Los Robles Dr**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.181

**Nonpriority creditor's name and mailing address**
**Renee Reiner**
**23249 N Buckhill Rd**
**Howey in the Hills, FL 34737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.182

**Nonpriority creditor's name and mailing address**
**Rob Herrera**
**16146 Denham CT**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.183

**Nonpriority creditor's name and mailing address**
**Robyn Werling**
**11539 Autumn Wind Loop**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.184

**Nonpriority creditor's name and mailing address**
**Ronnie White**
**16217 St Augustine St**
**Clermont, FL 34714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

3.185

**Nonpriority creditor's name and mailing address**
**Roxanne Pabarro**
**207 Curtis Ave**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          *Unknown*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _*Client*_

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor __United Flip Force Gymnastics LLC__   Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |

**3.186**

**Nonpriority creditor's name and mailing address**
**Runen Rodriguez**
**17532 Saw Palmetto Ave**
**Clermont, FL 34714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Said Slami**
**3099 Hurston Watch Ln**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Samantha Lehmann**
**269 Cabrillo Dr**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Samantha Smith**
**1849 Kerry St**
**Clermont, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Samantha Smith**
**17292 Cagan Crossing Blvd**
**Clermont, FL 34714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Sarah Hyun**
**13508 Fountainbleau Drive**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.192**

**Nonpriority creditor's name and mailing address**
**Scott Curran**
**576 Juniper Springs DR**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

**3.193**

**Nonpriority creditor's name and mailing address**
**Sergio Caltagirone**
**10809 Arrowtree Blvd**
**Clermont, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Client*

Is the claim subject to offset? ☒ No ☐ Yes

*Unknown*

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **United Flip Force Gymnastics LLC**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|

**3.194**  Nonpriority creditor's name and mailing address

Sina Rodriguez Braga
5730 Loma Vista Dr
Davenport, FL 33896

Date(s) debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.195**  Nonpriority creditor's name and mailing address

Small Business Administration
777 S Harbour Island Blvd, Ste 105
Tampa, FL 33602

Date(s) debt was incurred _10/26/2020_

Last 4 digits of account number _8208_

As of the petition filing date, the claim is: Check all that apply.              **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Loan_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.196**  Nonpriority creditor's name and mailing address

Soleda Anderson
14357 Hidden CT
Clermont, FL 34711

Date(s) debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.197**  Nonpriority creditor's name and mailing address

Spectrum Business
4145 S Falkenburg Rd
Riverview, FL 33578

Date(s) debt was incurred _8/2023_

Last 4 digits of account number _7842_

As of the petition filing date, the claim is: Check all that apply.                  **$139.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Services_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.198**  Nonpriority creditor's name and mailing address

Steve Gordon
253 Blue Cypress DR
Clermont, FL 34711

Date(s) debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.199**  Nonpriority creditor's name and mailing address

Susan Duvall
1420 East Ave
Clermont, FL 34711

Date(s) debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.200**  Nonpriority creditor's name and mailing address

Tana Damian
208 E Baker St
Clermont, FL 34715

Date(s) debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.201**  Nonpriority creditor's name and mailing address

Tania Garcia
130 Town Center Blvd, Building 3-208
Clermont, FL 34714

Date(s) debt was incurred _____

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.                  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Client_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __United Flip Force Gymnastics LLC_____     Case number *(if known)* _____
        Name

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.202**  Nonpriority creditor's name and mailing address
**Tashoy Wallace**
**2601 Pinnacle Ln**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.203**  Nonpriority creditor's name and mailing address
**Taylor Ridge**
**1901 Gooden Place**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.204**  Nonpriority creditor's name and mailing address
**Theresa Huskinson**
**1107 Jayhill Dr**
**Clermont, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.205**  Nonpriority creditor's name and mailing address
**Tiffanie Goebel**
**7246 Gano Rd**
**Groveland, FL 34736**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.206**  Nonpriority creditor's name and mailing address
**Tiffany Brown**
**475 Kistler Circle**
**Clermont, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.207**  Nonpriority creditor's name and mailing address
**Tiffany Wakefield**
**10831 Arrowtree Blvd**
**Clermont, FL 34715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.208**  Nonpriority creditor's name and mailing address
**Tricia Huggins**
**109 Ambersweet way**
**Davenport, FL 33897**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.209**  Nonpriority creditor's name and mailing address
**Tricia Sawyer**
**670 Linden St**
**Clermont, FL 34711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Client*

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor     **United Flip Force Gymnastics LLC**                          Case number *(if known)* _____
           <u>Name</u>

| | | |
|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Trinity Rattiger**
**1290 N ridge blvd 1313**
**Clermont, FL 34711**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Vanessa Montes**
**1122 Whitewater bay Dr**
**Groveland, FL 34736**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Vanessa Perez**
**948 Boxelder Ave**
**Clermont, FL 34715**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Vanessa Taylor**
**5049 Torchwood Dr**
**Clermont, FL 34715**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Vickie Holtscalw**
**4263 Brentwood Park Cir**
**Tampa, FL 33624**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Whitney Motes**
**1815 Kerry Street**
**Clermont, FL 34715**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***Unknown*** |

**Whitney Stern**
**229 Highlands Ridge Ln**
**Davenport, FL 33897**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Client*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    ***$0.00*** |

**Worldpay Merchant Services**
**P.O. Box 639726**
**Cincinnati, OH 45263**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _____          Basis for the claim: <u>*Loan*</u>

Last 4 digits of account number _____    Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    **United Flip Force Gymnastics LLC**          Case number (if known) _____
     Name

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|---|---|---|---|

**Yadira Saldivar**
**447 Midway Ave**
**Mascotte, FL 34753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: ___*Client*___

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|---|---|---|---|

**Yaineris Leon**
**9869 Lenox St**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: ___*Client*___

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|---|---|---|---|

**Yashira Reyes**
**375 Betty Ln**
**Mascotte, FL 34753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: ___*Client*___

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ascentium Capital**<br>**P.O. Box 301593**<br>**Dallas, TX 75303** | Line _**3.26**_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **City of Clermont**<br>**P.O. Box 120890**<br>**Clermont, FL 34712** | Line _**3.52**_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Regions Bank d/b/a Ascentium Capital**<br>**23970 Highway 59N**<br>**Kingwood, TX 77339** | Line _**3.26**_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Small Business Administration**<br>**409   3rd St SW**<br>**Washington, DC 20024** | Line _**3.195**_<br><br>☐ Not listed. Explain ____ | _**8208**_ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | _13,497.45_ |
| 5b. Total claims from Part 2 | 5b. + $ | _601,807.76_ |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | _615,305.21_ |

**Fill in this information to identify the case:**

Debtor name　__*United Flip Force Gymnastics LLC*__

United States Bankruptcy Court for the:　__MIDDLE DISTRICT OF FLORIDA__

Case number (if known)　_____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases　　　12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.　**Does the debtor have any executory contracts or unexpired leases?**
　　☐ No. Check this box and file this form with the debtor's other schedules.　There is nothing else to report on this form.
　　☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal　Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.　State what the contract or lease is for and the nature of the debtor's interest　　*Lease of business premises, 10,000 sq ft* | |
| 　　　　　State the term remaining　　*41 months* | |
| 　　List the contract number of any government contract　_____ | *Lou Natem, LLC*<br>*1516 E Hillcrest St, Ste 210*<br>*Orlando, FL 32803* |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   *United Flip Force Gymnastics LLC*

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.2 *Milciades & Kathryn Santiago* | *50 Waels Dr Clayton, NC 27527* | *Lou Natem, LLC* | ☐ D _____<br>☒ E/F  *3.144*<br>☐ G _____ |
| 2.3 *Milciades Santiago* | *50 Waels Dr Clayton, NC 27527* | *Small Business Administration* | ☐ D _____<br>☒ E/F  *3.195*<br>☐ G _____ |
| 2.4 *Milciades Santiago & Kathryn Santiago* | | *Lou Natem, LLC* | ☐ D _____<br>☐ E/F _____<br>☒ G  *2.1* |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    *United Flip Force Gymnastics LLC*

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| ***From the beginning of the fiscal year to filing date:***<br>From *01/01/2023* to *Filing Date* | ☒ Operating a business<br><br>☐ Other _____ | *$217,769.51* |
| ***For prior year:***<br>From *01/01/2022* to *12/31/2022* | ☒ Operating a business<br><br>☐ Other _____ | *$608,055.00* |
| ***For year before that:***<br>From *01/01/2021* to *12/31/2021* | ☒ Operating a business<br><br>☐ Other _____ | *$528,498.00* |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    **United Flip Force Gymnastics LLC**                                    Case number *(if known)*

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor    **United Flip Force Gymnastics LLC**                                    Case number *(if known)*

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Law Offices of Robert M. Geller, P.A.* *807 W Azeele St* *Tampa, FL 33606* | | *9/8/2023* | *$3,500.00* |
| | **Email or website address** *www.attorneyfortampabay.com* | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   *United Flip Force Gymnastics LLC*                          Case number *(if known)* _____

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   *Name and mailing address*

   Does the debtor have a privacy policy about that information?
   ☒ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **United Flip Force Gymnastics LLC**                              Case number *(if known)*

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Boule Majm**<br>**BBN Business Solutions Inc.**<br>**3501 W Vine St, Ste 334**<br>**Kissimmee, FL 34741** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

---

| Debtor | *United Flip Force Gymnastics LLC* | Case number *(if known)* | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Boule Najm**<br>**BBN Business Solutions Inc.**<br>**3501 W Vine St, Ste 334**<br>**Kissimmee, FL 34741** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Milciades Santiago* | *50 Waels Dr*<br>*Clayton, NC 27527* | *President, shareholder* | *50* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Kathryn Santiago* | *50 Waels Dr*<br>*Clayton, NC 27527* | *Vice President and shareholder* | *50* |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 *Kathryn Santiago*<br>. *50 Waels Dr*<br>*Clayton, NC 27527* | *$16,400.00* | *Last 12 months* | *Distributions* |
| Relationship to debtor<br>*Shareholder* | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Debtor    **United Flip Force Gymnastics LLC**                              Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      *October 3, 2023*

*/s/   Milciades Santiago*                              *Milciades Santiago*
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      *President*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **United Flip Force Gymnastics LLC**

Case No.

Debtor(s)          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 3, 2023**

**/s/  Milciades Santiago**

**Milciades Santiago**/**President**
Signer/Title

50 Waels Dr
Clayton, NC 27527


Kelley M. Petry, Esq.
807 W. Azeele St
Tampa, FL 33606


A Signature Clean, LLC
930 West Lakeshore Dr
Clermont, FL 34711


ADP
5800 Windward Parkway - MS B301
Alpharetta, GA 30005


Adriana Mendieta
1601 Johns Lake Road Apt 911
Clermont, FL 34711


Adrien Hadley
1307 Dingens Ave
Windermere, FL 34786


Affordable Lock & Security Solutions
P.O. Box 31261
Tampa, FL 33631


Alexandra Ramirez
Sarah's Place 16713 #2-302 Casa
Clermont, FL 34714


Alexandra-Marie Perez
525 Kistler Cir
Clermont, FL 34715


Alicia Sewsanker
3024 Princewood Dr
Clermont, FL 34715


Alison Correll
2487 Hastings Blvd
Clermont, FL 34711


Amanda Boyd
6800 State RD 33
Clermont, FL 34714


Amanda Deluca
1304 Windy Bluff DR
Clermont, FL 34715


Amanda Matlock
15450 State Road 19
Groveland, FL 34736

Amarilis Colon Berrios
605 Jupiter Beach Road
Groveland, FL 34736


Amber Zimmer
1590 Chancellor Ct
Clermont, FL 34711


Amy Mejia
7015 Oxbow Rd
Clermont, FL 34715


Amy Oullette
2340 Polo Hill Rd
Clermont, FL 34715


Ana Duarte
646 Birkdale St
Davenport, FL 33897


Ana Rosario
203 Samuel St
Davenport, FL 33897


Andrea Watkins
13319 Serene Valley Dr
Clermont, FL 34711


Anise Alcida
2996 Majestic Isle DR
Clermont, FL 34711


Anna Gorczynska
1120 W Magnolia St
Clermont, FL 34711


Anna Maxey
1253 Shorecrest Circle
Clermont, FL 34711


Ariana Armstrong
10780 Lake Hill Dr
Clermont, FL 34711


Ariella Harvey
7149 Dilly Lake Ave
Groveland, FL 34736


Arihsay Rosario
1130 Union Ave
Mascotte, FL 34753


Aryn Downing
113 Juno Drive
Groveland, FL 34736

Ascentium Capital
23970 US-59
Kingwood, TX 77339


Ascentium Capital
P.O. Box 301593
Dallas, TX 75303


Ashlee Whitehead
779 Kapi Dr
Groveland, FL 34736


Ashley Bell
15160 Sora St
Mascotte, FL 34753


Ashley Santiago
120 Silver Maple Rd
Groveland, FL 34736


Ashley Vaughan
474 S Virginia Ave
Center Hill, FL 33514


Ashlyn Long
405 Tropic Circle
Fruitland Park, FL 34731


Audrey Navarro
1493 Magnolia St
Clermont, FL 34711


BBN Business Solutions, Inc.
3501 W Vine St, Ste 334
Kissimmee, FL 34741


Beatrice Negrete
324 Carol St
Mascotte, FL 34753


Becky Myers
6032 Snap Dragon RD
Clermont, FL 34715


Bethany Bailey
11926 Dwights RD
Clermont, FL 34714


Beverly Taunton
3680 Liberty Hill Dr
Clermont, FL 34711


Bonnie Walker
1650 1st St
Clermont, FL 34711

Brad Keller
162 Sunrise rd
Davenport, FL 33837

Brandi Kirk
10512 Bronze Leaf Court
Leesburg, FL 34788

Brianna Brogden
20005 N HWY 27
Clermont, FL 34715

Brinkley Garcia
3114 Princewood Dr
Clermont, FL 34715

Britny Newgard
14631 Mascotte Empire Road
Groveland, FL 34736

Brittany Townsend
586 Juniper Springs Dr
Groveland, FL 34736

Brittany Vinson
1074 Stoneham Dr
Groveland, FL 34736

Camila Correa
13422 Summerton Dr
Orlando, FL 32824

Cara Lidberg
238 E Lakeshore Dr
Clermont, FL 34711

Caressa Enos
1008 Newman Dr
Leesburg, FL 34748

Cherie Howard
1533 Sarus Ave
Groveland, FL 34736

Cherie Zerod
2648 Pinnacle Ln

Christina Murray
135 E Phelps St
Groveland, FL 34736

Christina Purvis
37 Lakeview court
Mascotte, FL 34753

City of Clermont
685 W. Montrose St
Clermont, FL 34711

City of Clermont
P.O. Box 120890
Clermont, FL 34712

Cristina Spann
425 Cheeota
Clermont, FL 34715

Cynthia Jones
8507 State Road 33
Groveland, FL 34736

Dallas Jones
18620 County Rd 455
Clermont, FL 34715

Dariana Leon
121 Thrive Rd unit 13-326
Davenport, FL 33896

Darlana Brannan
8150 Los Robles DR
Groveland, FL 34736

Davin Chloessa
333 Piccolo Way
Davenport, FL 33896

Deanna Schroeder
14853 Yellow Pine Ln
Clermont, FL 34711

Desiree Dutruch
219 Blackstone Creek Rd
Groveland, FL 34736

Devondra Williams
9288 Chandler Dr
Groveland, FL 34736

Diana Diaz
1125 Lattimore Dr
Clermont, FL 34711

Diego Giraldo
6082 Little Bluff Circle
Mascotte, FL 34753

Dijana Hamade
1087 Glenraven Lane
Clermont, FL 34711

Donahue Malvo
608 Black Eagle Dr
Groveland, FL 34736


Donna Donovan
16343 Magnolia Bluff Dr
Montverde, FL 34756


Duke Energy Florida, LLC
299 1st Ave N
Saint Petersburg, FL 33701


Ediris Vargas
560 Rob Roy Dr
Clermont, FL 34711


Ekaterina Metcalf
104 Meadowglen Ct
Clermont, FL 34715


Emelle Quetant
173 Jensen Dr
Groveland, FL 34736


Emmy Winnell
17046 Florence View Dr
Montverde, FL 34756


Erica Palmer
6635 Wynn Ln
Groveland, FL 34736


Ericka Numa
1297 Blarney Street
Clermont, FL 34715


Erika Fernandez
442 Balboa Blvd
Clermont, FL 34715


Esly Panduro
172 St Lucie Way
Groveland, FL 34736


Ester Orpilla
752 Willow Run Street
Clermont, FL 34715


Evelyn Drigo
9121 Stromboli CT
Kissimmee, FL 34747


Evelyn Padro
1820 Southern Oak Loop
Clermont, FL 34715

Fralick Phyllis
357 Park Ave
Groveland, FL 34736


Francess Elieff
535 Chestnut Street
Clermont, FL 34711


Francis Cabrera
16904 Sunrise Vista Dr
Clermont, FL 34714


Gabby Vulni
14501 Tulipan Ct
Winter Garden, FL 34787


Garland Activewear
6656 Columbia Park Dr, Ste 6
Jacksonville, FL 32258


Georgina Pinango
9385 La Salle St
Groveland, FL 34736


Gigi Castaneda
842 Los Galeones Drive
Groveland, FL 34736


Gina Carter
920 Chanler Dr Haines City
Clermont, FL 34711


Gina Marmora
3387 Grassy Lake View Ave
Clermont, FL 34715


Ginger Howard
237 W Broad St
Groveland, FL 34736


Gissell Zapata
714 Skyridge Rd
Clermont, FL 34711


Gregorina Espin
10216 Bonita Ct
Clermont, FL 34711


Headway Capital
175 W Jackson Blvd, Ste 1000
Chicago, IL 60604


Heather Lopez
1272 Cavender Creek rd
Clermont, FL 34715

Heidi Kort
21067 County Road
Clermont, FL 34715

Heidi Perez
1705 Ridgemooor
Mascotte, FL 34753

Helencie Leal
10301 US Hwy 27 unit 28
Clermont, FL 34711

Hugo Vega
9423 Water Fem Cir
Clermont, FL 34711

Imer Martinez
9045 Tuscan Cypress
Kissimmee, FL 34747

Internal Revenue Service
P.O. Box 7349
Philadelphia, PA 19101

Irem Uslular
11705 Foxglove DR
Clermont, FL 34711

Jaime Barney
401 Waterwood Court
Clermont, FL 34715

Jalaneia Guions
35009 Sweet Leaf Lane
Leesburg, FL 34788

Jania Lowe
14479 Black Lake Preserve St
Winter Garden, FL 34787

Janina Rosario
18854 3rd Ave
Clermont, FL 34715

Jeannia Lauradin
1059 Singleton Cir
Groveland, FL 34736

Jeannie Rodriguez
912 S. Galeana Ave
Clermont, FL 34715

Jennifer Goodwin
295 Starrow Hawak
Groveland, FL 34736

Jennifer Hague
112 Magellan Circle
Clermont, FL 34715


Jennifer Kale
9734 Crenshaw Circle
Clermont, FL 34711


Jennifer Price
685 Blackstone st
Clermont, FL 34715


Jennifer Rodriguez
9012 Pyrus st
Kissimmee, FL 34747


Jennifer Solomon
701 Pataches PI
Groveland, FL 34736


Jenny Kohler
4029 Foxhound Dr
Clermont, FL 34711


Jensey Root
3345 Grassy Lake View Ave
Clermont, FL 34715


Jessica Tempel
11953 Willow Grove Ln
Clermont, FL 34711


Jillian Gills
497 Kestrel Dr
Groveland, FL 34736


Jodi Landi
2879 Beaver Ridge Loop
Clermont, FL 34711


Jomo Reeves
119 Cataldo Way
Groveland, FL 34736


Jonathan Torres
7240 Oil Well Rd
Clermont, FL 34714


Jose Acevedo
18010Summit Oaks Cir
Clermont, FL 34715


Josely Adomo
162 Heather Lynn DR
Davenport, FL 33897

Joseph Baker
113 North Galena Ave
Clermont, FL 34715

Joshua Hackett
10221 Spring Moss Ave
Windermere, FL 34786

JP Morgan
Attn: Square Financial Services
4 Chase Metrotech Center, 7th Floor E
Brooklyn, NY 11245

Julissa Ortiz
201 Hunt St Apt 1411
Clermont, FL 34711

Justine Calella
426 Dagama Drive
Clermont, FL 34715

Kaitlin Skipper
1244 Water Willow Dr
Groveland, FL 34736

Kaitlyn Onofre
13919 Chatham Rd
Groveland, FL 34736

Karen Gonzalez
14128 Country estate DR
Winter Garden, FL 34787

Kathryn Proffer
421 Lone Heron Way
Winter Garden, FL 34787

Kathy Durant
1528 Finchburg St
Clermont, FL 34715

Kati Aldana
9394 Oglethorpe Drive
Groveland, FL 34736

Katie Moss
1211 Demoiselle St
Groveland, FL 34736

Katie Specht
596 Autumn Ash Dr
Clermont, FL 34715

Kayla Allen
127 Haversham Way
Davenport, FL 33897

Kayla Giles
6349 Pompano Dr
Clermont, FL 34714


Kelly Turp
1275 Yorkshire Ct
Davenport, FL 33896


Kim Suchora
17320 Silver Creek CT
Clermont, FL 34714


Kim Van Winkle
1607 Indian Shore Dr
Clermont, FL 34711


Kimberly Troia
1818 Torrington Dr
Mascotte, FL 34753


Krista Jessogne
1601 Johns Lake RD
Clermont, FL 34711


Kristy Boullemet
378 Pebble Court
Clermont, FL 34715


Laura Knapp
1635 Youth Camp Rd
Groveland, FL 34736


Laura Monteleone
1115 White water bay DR
Groveland, FL 34736


Laura Testerman
12237 Mattioda Rd
Groveland, FL 34736


Laura Wilburn
17425 Back Bay Ct
Clermont, FL 34714


Lauren Smith
16923 Champlain St
Clermont, FL 34714


Liberty Mutual
100 Liberty Way
Dover, NH 03820


Lizy Kelley
359 Blue Cypress Dr
Groveland, FL 34736

Lou Natem, LLC
1516 E Hillcrest St, Ste 210
Orlando, FL 32803


Lou Natem, LLC
1516 E Hillcrest St, Ste 210
Orlando, FL 32803


Ludmilla Brazao
342 Irving Bend Drive
Groveland, FL 34736


Lydia Ranson
949 Chestnut St
Clermont, FL 34711


Lydia Vallejo
15507 Catherine Cir
Groveland, FL 34736


Maria Fernanda Suarez
4550 Tahoe Cor
Clermont, FL 34714


Mariah Davis
558 Blue Cypress Dr
Eustis, FL 32736


Marianna Leon
648 Benoi Dr
Davenport, FL 33896


Marissabelle Tighe
3753 Ryegrass St
Clermont, FL 34714


Mary De Boer
5143 Cape Hatteras Drive
Clermont, FL 34714


Mattie Rivera
9951 Lake Louida Rd
34711


Michelle Alvarez
649 Cheshire Way
Davenport, FL 33897


Michelle Jacopetti
12913 Bellerive Dr
Clermont, FL 34711


Michelle Mejias
2320 Crossandra Street
Mascotte, FL 34753

Michelle Sanford
739 Knightsbridge Circle
Davenport, FL 33896

Michelle Woods
1386 Willow Wind Dr
Clermont, FL 34711

Mikella Woods

Milciades & Kathryn Santiago
50 Waels Dr
Clayton, NC 27527

Milciades Santiago
50 Waels Dr
Clayton, NC 27527

Milciades Santiago & Kathryn Santiago

Monica Perez
11477 SR-33 Kentucky Derby Rd
Groveland, FL 34736

Morgan Currier
1608 Westminster Trl
Clermont, FL 34714

Myrtilene Jean-Francois
16337 Magnolia Bluff Dr
Montverde, FL 34756

Natalie Brown
1392 SW 103rd Ave
Webster, FL 33597

Natasha Marra
11522 Lake Katherine Circle
Clermont, FL 34711

Ndu Nwachuku
11849 Caruso Drive
Clermont, FL 34711

Nicole Bebnowski
2530 Citrus Tower BLVD Apt 14312
Clermont, FL 34711

Nicole Fioritto
4057 Greystone
Clermont, FL 34711

Nicole Rocks
2753 Wilshire Rd
Clermont, FL 34714


Nicole Stewart
132 Lake Catherine Cir
Groveland, FL 34736


Nicole Strange
1121 Whitewater Bay Dr
Groveland, FL 34736


Niki Lazenby
8245 Bailey Dr
Clermont, FL 34711


Olga Maderas
984 Boxeider Avenue
Clermont, FL 34715


Olga Sky
16748 Tall Grass Ln
Clermont, FL 34711


Paul Eschbach
1734 Crowned Ave
Groveland, FL 34736


Pest Detector, Inc.
1238 Commons Ct
Clermont, FL 34711


Priscilla Paradiso
309 Red Kite Dr
Groveland, FL 34736


Rachel Riggs
10276 SW 25th St
Webster, FL 33597


Rachel Skowron
10032 Water Fem Cir
34711


Rebecca Jennings
687 W Lakeshore Dr
Clermont, FL 34711


Rebecca Rangel
7951 Los Robles Dr
Groveland, FL 34736


Regions Bank d/b/a Ascentium Capital
23970 Highway 59N
Kingwood, TX 77339

Renee Reiner
23249 N Buckhill Rd
Howey in the Hills, FL 34737

Rob Herrera
16146 Denham CT
Clermont, FL 34711

Robyn Werling
11539 Autumn Wind Loop
Clermont, FL 34711

Ronnie White
16217 St Augustine St
Clermont, FL 34714

Roxanne Pabarro
207 Curtis Ave
Groveland, FL 34736

Runen Rodriguez
17532 Saw Palmetto Ave
Clermont, FL 34714

Said Slami
3099 Hurston Watch Ln
Clermont, FL 34711

Samantha Lehmann
269 Cabrillo Dr
Groveland, FL 34736

Samantha Smith
1849 Kerry St
Clermont, FL 34715

Samantha Smith
17292 Cagan Crossing Blvd
Clermont, FL 34714

Sarah Hyun
13508 Fountainbleau Drive
Clermont, FL 34711

Scott Curran
576 Juniper Springs DR
Groveland, FL 34736

Sergio Caltagirone
10809 Arrowtree Blvd
Clermont, FL 34715

Shadiya Stewart
1801 Piedmont Ct
Mascotte, FL 34753

Shana Wilson
357 Park Ave
Groveland, FL 34736


Sierra Best
1056 Mesa Ln
Clermont, FL 34711


Sina Rodriguez Braga
5730 Loma Vista Dr
Davenport, FL 33896


Small Business Administration
777 S Harbour Island Blvd, Ste 105
Tampa, FL 33602


Small Business Administration
409  3rd St SW
Washington, DC 20024


Soleda Anderson
14357 Hidden CT
Clermont, FL 34711


Spectrum Business
4145 S Falkenburg Rd
Riverview, FL 33578


Steve Gordon
253 Blue Cypress DR
Clermont, FL 34711


Susan Duvall
1420 East Ave
Clermont, FL 34711


Tana Damian
208 E Baker St
Clermont, FL 34715


Tania Garcia
130 Town Center Blvd, Building 3-208
Clermont, FL 34714


Tashoy Wallace
2601 Pinnacle Ln
Clermont, FL 34711


Taylor Ridge
1901 Gooden Place
Groveland, FL 34736


Theresa Huskinson
1107 Jayhill Dr
Clermont, FL 34715

Tiffanie Goebel
7246 Gano Rd
Groveland, FL 34736


Tiffany Brown
475 Kistler Circle
Clermont, FL 34715


Tiffany Wakefield
10831 Arrowtree Blvd
Clermont, FL 34715


Tricia Huggins
109 Ambersweet way
Davenport, FL 33897


Tricia Sawyer
670 Linden St
Clermont, FL 34711


Trinity Rattiger
1290 N ridge blvd 1313
Clermont, FL 34711


Trinity Rattiger
1290 North Ridge Blvd
Clermont, FL 34711


Vanessa Montes
1122 Whitewater bay Dr
Groveland, FL 34736


Vanessa Perez
948 Boxelder Ave
Clermont, FL 34715


Vanessa Taylor
5049 Torchwood Dr
Clermont, FL 34715


Vickie Holtscalw
4263 Brentwood Park Cir
Tampa, FL 33624


Whitney Motes
1815 Kerry Street
Clermont, FL 34715


Whitney Stern
229 Highlands Ridge Ln
Davenport, FL 33897


Worldpay Merchant Services
P.O. Box 639726
Cincinnati, OH 45263

Yadira Saldivar
447 Midway Ave
Mascotte, FL 34753

Yaineris Leon
9869 Lenox St
Clermont, FL 34711

Yashira Reyes
375 Betty Ln
Mascotte, FL 34753

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re __United Flip Force Gymnastics LLC__

_____
Debtor(s)

Case No. _____

Chapter __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____**3,162.00**

    Prior to the filing of this statement I have received ....................................... $ _____**3,162.00**

    Balance Due ..................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings and contested matters**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__October 3, 2023__
Date

__/s/ Kelley M. Petry, Esq.__
**Kelley M. Petry, Esq.**
Signature of Attorney
**Robert M. Geller**
**807 W. Azeele St**
**Tampa, FL 33606**
**(813) -25-4-76x87   Fax: (813) 253-3405**
**kpetry@robertgellerlaw.com**
Name of law firm